UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-12190 |
| Brent Norway | ) | |
| Diane Norway | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

**Order ~~Modifying~~ Determining Claim #16**

This matter coming on the Trustee's Objection to Claim, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

1) The claim of 2015-1 IH2 Borrower, L.P. is determined to be in the amount of $~~1,425.73~~ $1,420.73.

2) The claim of 2015-1 IH2 Borrower, L.P. is determined to be a general unsecured claim.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 31 MAR 2017

**Prepared by:**

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532    630 981 3888

Rev: 201100318_bko