IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 16-12190 |
| | ) | |
| Brent Norway | ) | Chapter 13 |
| Diane Norway | ) | |
| Debtor(s). | ) | Judge A. Benjamin Goldgar (Lake) |

NOTICE OF MOTION

TO:   Brent and Diane Norway, 24864 West IL Route 173 Antioch, IL 60002 *via US mail*

Glenn Stearns, Chapter 13 Trustee, 801 Warrenville Rd. Suite 650, Lisle IL, 60532 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **September 29, 2017 at 10:30 a.m.**, I shall appear before the Honorable Judge Goldgar at the North Branch Court, (Round Lake Beach), 1792 Nicole Lane, Round Lake Beach, Illinois 60073 or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
        David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on August 24, 2017 before the hour of 5:00 p.m.

By:   /s/ David H. Cutler
        David H. Cutler, esq.
        Counsel for Debtor(s)
        Cutler & Associates, Ltd.
        4131 Main St.
        Skokie, IL 60076
        Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 16-12190 |
| | ) | |
| Brent Norway | ) | Chapter 13 |
| Diane Norway | ) | |
| Debtor(s). | ) | Judge A. Benjamin Goldgar (Lake) |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtors, Brent and Diane Norway (hereafter referred to as "the Debtors"), by and through their attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on April 11, 2016 and their Plan was confirmed.

3. The Debtor's confirmation Order provides for a plan payment of $925 a month for 60 months with unsecured creditors receiving 25% of their unsecured claims.

4. The Debtors fell behind on the trustee payments and have a default of $4,689.16 as of the date of this motion.

5. The Joint Debtor lost her job and was out of work for 3 months and the debtors fell behind on living expenses and their chapter 13 plan payments. The Joint Debtor was receiving unemployment but that was only $700 every two weeks and a plan default still accrued.

6. The Joint Debtor has found employment and is back to work.

7. The Debtors are unable to catch up on the full default amount and are looking to increase their monthly plan payment to account for their default. With the Joint Debtor back to work they will be able to make their plan payments going forward.

8. The Debtors seeks to modify the plan to raise the monthly payment to $1,060 a month to account for the default and to defer the current trustee's default to the end of the Plan.

WHEREFORE, the Debtors respectfully request that this Court modify the Debtors' Plan Post Confirmation to raise the plan payment to $1,060 a month beginning October 2017 and to defer the current default until the end of the plan; and for such further relief that this Court may deem just and proper.

Dated: August 24, 2017                                Respectfully Submitted,

                                                                    By:    /s/ David H. Cutler
                                                                            David H. Cutler, esq.,
                                                                            Counsel for Debtor(s):
                                                                            Cutler & Associates, Ltd.
                                                                            4131 Main St.
                                                                            Skokie, IL 60076
                                                                            Phone: (847) 673-8600