### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In Re:                                             **Case No.** 16-12190

                                                                  **Claim No. :** 7

BRENT C NORWAY AND DIANE J NORWAY

    Debtor(s)

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES only, listed in the above stated case be changed.

**Please note that we have rebranded our company name from Ascension Capital Group to AIS Portfolio Services. There is no assignment or transfer of claim.**

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Capital One Auto Finance, c/o Ascension Capital Group | Capital One Auto Finance c/o AIS Portfolio Services, LP f/k/a AIS Data Services d/b/a/ Ascension Capital Group |
| P.O. Box 201347 | 4515 N Santa Fe Ave. Dept. APS |
| Arlington, TX 76006 | Oklahoma City, OK 73118 |

\*\* Above change is for **NOTICES only** and not for Payments. For Payment address change, Separate change of address is already been filed.

/s/ Dipika Parmar

Date: 01/04/2018

Creditor's Authorized Agent for Capital One, N.A.



## AIS Data Services Is Now AIS Portfolio Services

To whom it may concern,

As part of a rebranding effort, AIS Data Services, LP, which also did business as Ascension Capital Group, has changed its name to **AIS Portfolio Services, LP**.

Effective October 16, 2017, both AIS Data Services and Ascension Capital Group names will be retired.
All filings after the effective date will only include the new name, **AIS Portfolio Services, LP**.
We will not amend existing claims filed before the effective date for this name change. Thank you in advance for your prompt attention to this matter.
If you have questions or concerns regarding the above, please do not hesitate to contact AIS Portfolio Services at 1-888-455-6662.

Sincerely,

CG Mokris | Vice President
AIS Portfolio Services, LP

AIS Portfolio Services, LP • 1212 Corporate Drive, Suite 400 • Irving, TX 75038 • P: 817-277-2011