UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-12190
Brent C Norway )
)
Diane Norway ) Chapter: 13
) Honorable A. Benjamin Goldgar
)
Debtor(s) )

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM #7

This matter coming on the Trustee's Objection to claim, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED: The objection is sustained.

1) ~~That the secured claim #7 of~~ CAPITAL ONE AUTO FINANCE is ~~reduced to~~ determined to have a claim in the amount of $4,509.76, which is the amount the Trustee has paid to date on the secured claim. [aka]

2) The Trustee shall not make any additional payments on this claim.

3) If CAPITAL ONE AUTO FINANCE returns additional funds to the Trustee, ~~their~~ the claim shall be further reduced by the amount subsequently returned without further order of the Court.

Enter:

Dated: AUG 3 0 2019

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**
Glenn Stearns Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
(630-981-3888)

Rev: 20120209_bko