UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-12190 |
| Brent and Diane Norway | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTORS' MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The motion is granted.

2. The plan payment is increased to $1,450 beginning January 2020 until the end of the plan.

3. The plan base remains $55,500.

4. The existing default is deferred.

Enter:

Dated: 10 JAN 2020

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20120209_bko